**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FORCOME CO., LTD., | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No. 1:24-cv-01058-RGA |
| PREMIER SPECIALTY BRANDS, LLC, as successor-in-interest to MASTERBUILT MANUFACTURING LLC (dba "Kamado Joe"); THE MIDDLEBY CORPORATION; and XYZ COMPANY DEFENDANTS 1-20, | ) | |
| Defendants | ) | |

---

**DECLARATION OF BRUCE M. GORMAN, JR., IN OPPOSITION TO DEFENDANT THE MIDDLEBY CORPORATION'S MOTION TO DISMISS**

---

I, **Bruce M. Gorman, Jr.**, of full age, hereby declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the following is true:

1. I am an attorney at law and Partner at the law firm Archer & Greiner, P.C., which is counsel for Plaintiff Forcome Co., Ltd. ("Forcome") in the above-captioned matter.

2. This Declaration is submitted in opposition to Defendant The Middleby Corporation's ("Middleby") Motion to Dismiss the complaint ("Complaint").

3. I have personal knowledge of the facts stated herein and am qualified to make this certification.

4. Attached hereto as **Exhibit 1** is a true and correct copy of Forcome's Complaint dated September 20, 2024 (D.I. #1).

5. Attached hereto as **Exhibit 2** is a true and correct copy of a press release from Middleby's website that can be found at the following link:

https://www.middleby.com/newsroom/6194/

6. Attached hereto as **Exhibit 3** is a true and correct copy of an e-mail chain between the parties with the top e-mail in the chain dated May 2, 2024 from Stephen Gazdick, Vice President of Product at Middleby Outdoor.

7. Attached hereto as **Exhibit 4** is a true and correct copy of an e-mail chain between the parties with the top e-mail in the chain dated June 27, 2024 from Dora Zhang, Asia Senior Program Manager at Middleby Outdoor.

February 5, 2025

By: ____________________

Bruce M. Gorman, Jr. (*admitted pro hac vice*)
**ARCHER & GREINER P.C.**
300 Delaware Avenue
Suite 1100
Wilmington, Delaware 19801
(302) 356-6632
bgorman@archerlaw.com
*Attorneys for Plaintiff Forcome Co., Ltd.*

229995855 v1