IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FORCOME CO., LTD., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 24-1058-RGA |
| | : |
| PREMIER SPECIALTY BRANDS, LLC, | : |
| as successor-in-interest to Masterbuilt | : |
| Manufacturing, LLC (dba "Kamado Joe"), | : |
| et al., | : |
| | : |
| Defendants. | : |

**ORDER**

This **24th** day of September, 2025, upon consideration of the Magistrate Judge's Report and Recommendation dated September 9, 2025 (D.I. 35), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 35) is **ADOPTED**.

2. Defendant The Middleby Corporation's motion to dismiss (D.I. 14) is **GRANTED** without prejudice.

/s/ Richard G. Andrews
United States District Judge